(No. 3025—

ELVA JENNINGS PENWELL, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed March 25, 1955.*

JOHN W. PREIHS, Attorney for Claimant.

LATHAM CASTLE, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for Respondent.

TOLSON, C. J.

Claimant was injured on February 2, 1936 in an accident, which arose out of and in the course of her employment as a Supervisor at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The injury was serious, causing temporary blindness and general paralysis. The facts are fully detailed in the case of *Penwell* vs. *State,* 11 C.C.R. 365, in which an award of $5,500.00 was made to claimant for total permanent disability, $8,215.95 for necessary medical, surgical, and hospital services, expended or incurred to and including October 22, 1940, and an annual life pension of $660.00.

Successive awards have been made by the Court from 1942 to and including February 1, 1954, and the matter is now before the Court for an award to and including December 1, 1954.

The record consists of a verified petition, supported by original receipts, and waivers of claimant and respondent to file statement, brief, and argument, which were allowed in this case.

The petition alleges that claimant is still bedfast, and requires daily medical and nursing care. It further discloses that claimant has incurred expenses in the following amounts:

| | | |
|---|---|---:|
| 1. | Nursing services | $1,185.00 |
| 2. | Board and room for nurses | 638.75 |
| 3. | Drugs and supplies | 217.36 |
| 4. | Physician's services | 1,102.50 |
| 5. | Miscellaneous expenses | 96.02 |
| | TOTAL | $3,239.63 |

From the previous records of this case, it appears that the Court has reserved jurisdiction of same from year to year to determine the future needs of claimant

for additional care, and it further appears that the amounts involved were necessarily expended for the medical care of claimant.

An award is, therefore, made to claimant for medical, hospital and nursing care from February 1, 1954 to and including December 1, 1954 in the amount of $3,239.63.

The Court reserves jurisdiction for further determination of claimant's need for additional medical care.